| John Massad | Plaintiff  vs.  Jean Yousri Massad, et al | Defendant |

**Broward County Case Number:** CACE16005551

**State Reporting Number:** 062016CA005551AXXXCE

**Court Type:** Civil Division - Circuit Court

**Case Type:** Other

**Incident Date:** N/A

**Filing Date:** 03/25/2016

**Court Location:** Central Courthouse

**Case Status:** Pending

**Magistrate Id / Name:** N/A

**Judge ID / Name:** 09 Luzzo, John T.

## − Party(ies)

Total: 3

| Party Type | Party Name | ? Address | ? Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Massad, John** | | |
| Defendant | **Massad, Jean Yousri** | | |
| Defendant | **U.S. Department of Treasury** | | |

## − Disposition(s)

Total: 0

**There is no Disposition information available for this case.**

## − Event(s) & Document(s)

Total: 8

| Date ⬍ | Description | | Additional Text | View | Pages ⬍ |
|---|---|---|---|---|---|
| 04/01/2016 | **Filing Fee** | Government Exhibit 1 | Payor: ERIC P. | | |

| | | | | |
|---|---|---|---|---|
| | | STEIN ; Userid: CTS-fg/t ; Receipt: 20161FA1A043729; ; Amount: $401.00 | | |
| 04/01/2016 | **Summons Issued Fee** | Payor: ERIC P. STEIN ; Userid: CTS-fg/t ; Receipt: 20161FA1A043729; ; Amount: $10.00 | | |
| 04/01/2016 | **Summons Issued Fee** | Payor: ERIC P. STEIN ; Userid: CTS-fg/t ; Receipt: 20161FA1A043729; ; Amount: $10.00 | | |
| 03/25/2016 | **Civil Cover Sheet** | | 📄 | 2 |
| 03/25/2016 | **Civil Cover Sheet** | | 📄 | 2 |
| 03/25/2016 | **eSummons Issuance** | On United States of America - Department of Treasury Party: *Defendant* U.S. Department of Treasury | 📄 | 2 |
| 03/25/2016 | **eSummons Issuance** | On Jean Yousri Massad Party: *Defendant* Massad, Jean Yousri | 📄 | 2 |
| 03/25/2016 | **Complaint (eFiled)** | TO QUIET TITLE Party: *Plaintiff* Massad, John | 📄 | 13 |

**— Hearing(s)**                                                    Total: 0

**There is no Hearing information available for this case.**

**— Related Case(s)**                                               Total: 0

**There is no related case information available for this case.**

Case Number: CACE-16-005551 Division: 09

Filing # 39486243 E-Filed 03/25/2016 05:08:40 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD   COUNTY FLORIDA

Case No.:_____
Judge: _____

JOHN MASSAD
Plaintiff
       vs.
JEAN YOUSRI MASSAD, U.S. DEPARTMENT OF TREASURY
Defendant

**II.    TYPE OF CASE**

| | |
|---|---|
| ☐ Condominium | ☐ Other real property actions $0 - $50,000 |
| ☐ Contracts and indebtedness | ☐ Other real property actions $50,001 - $249,999 |
| ☐ Eminent domain | ☐ Other real property actions $250,000 or more |
| ☐ Auto negligence | |
| ☐ Negligence – other | ☐ Professional malpractice |
| ☐ Business governance | ☐ Malpractice – business |
| ☐ Business torts | ☐ Malpractice – medical |
| ☐ Environmental/Toxic tort | ☐ Malpractice – other professional |
| ☐ Third party indemnification | ☒ Other |
| ☐ Construction defect | ☐ Antitrust/Trade Regulation |
| ☐ Mass tort | ☐ Business Transaction |
| ☐ Negligent security | ☒ Circuit Civil - Not Applicable |
| ☐ Nursing home negligence | ☐ Constitutional challenge-statute or |
| ☐ Premises liability – commercial | ordinance |
| ☐ Premises liability – residential | ☐ Constitutional challenge-proposed |
| ☐ Products liability | amendment |
| ☐ Real Property/Mortgage foreclosure | ☐ Corporate Trusts |
| ☐ Commercial foreclosure $0 - $50,000 | ☐ Discrimination-employment or other |
| ☐ Commercial foreclosure $50,001 - $249,999 | ☐ Insurance claims |
| ☐ Commercial foreclosure $250,000 or more | ☐ Intellectual property |
| ☐ Homestead residential foreclosure $0 – 50,000 | ☐ Libel/Slander |
| ☐ Homestead residential foreclosure $50,001 - $249,999 | ☐ Shareholder derivative action |
| ☐ Homestead residential foreclosure $250,000 or more | ☐ Securities litigation |
| ☐ Non-homestead residential foreclosure $0 - $50,000 | ☐ Trade secrets |
| ☐ Non-homestead residential foreclosure $50,001 - $249,999 | ☐ Trust litigation |
| ☐ Non-homestead residential foreclosure $250.00 or more | |

Case Number: CACE-16-005551 Division: 09

Filing # 39486243 E-Filed 03/25/2016 05:08:40 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FL

CIVIL DIVISION

JOHN MASSAD

CASE NO.:

    Plaintiff,

vs.

JEAN YOUSRI MASSAD, and
UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY,

    Defendants.

_____/      **20-DAY SUMMONS**

*Form 1.902(b), Fla.R.Civ.P.*
DEFENDANT(S) TO BE SERVED:
**United States of America - Department of Treasury**
**U.S. Attorney's Office**
**99 N.E. 4th Street**
**Miami, Fl. 33132**

**And via certified mail to:**

**US Department of Treasury**
**1500 Pennsylvania Ave NW,**
**Washington, DC 20220**

IMPORTANT (English/Ingles)
    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE (Spanish/Español)
    Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe

presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE (French/Francais)

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du número de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff's Attorney:
Eric P. Stein, P.A.
Eric P. Stein, Esq.
Florida Bar No.: 38301
Adam Brookland, Esq.
Florida Bar No.: 105761
1820 NE 163rd Street, Ste. 100
N. Miami Beach, FL 33162
Tel (786) 248-1000/ Fax (786) 248-1004
Email: docservice@epslaw.com
**THE STATE OF FLORIDA:**
**To Each and All Sheriffs of the State:**
**YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.**

HOWARD C. FORMAN, the Court

By:_____     DATED _____APR 01 2016_____.
    As Deputy Clerk

2

HOWARD C. FORMAN

Case Number: CACE-16-005551 Division: 09

Filing # 39486243 E-Filed 03/25/2016 05:08:40 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FL

CIVIL DIVISION

JOHN MASSAD

     Plaintiff,

CASE NO.:

vs.

JEAN YOUSRI MASSAD, and
UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY,

     Defendants.

_____/

**20-DAY SUMMONS**

*Form 1.902(b), Fla R.Civ.P.*
DEFENDANT(S) TO BE SERVED:
**Jean Yousri Massad
16483 NE 27 Avenue
North Miami Beach, FL 33160**

### IMPORTANT (English/Ingles)

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE (Spanish/Español)

     Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente.

presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANTE (French/Francais)

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du número de dossier ci-des us et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre repon e ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff's Attorney:
Eric P. Stein, P.A.
Eric P. Stein, Esq.
Florida Bar No.: 38301
Adam Brookland, Esq.
Florida Bar No.: 105761
1820 NE 163rd Street, Ste. 100
N. Miami Beach, FL 33162
Tel (786) 248-1000/ Fax (786) 248-1004
Email: doc e vice @ epslaw com
THE STATE OF FLORIDA:
To Each and All Sheriffs of the State:
YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

HOWARD C. FORMAN, the Court

By: _____   DATED _____ APR 01 2016 _____.
    As Deputy Clerk

2

HOWARD C. FORMAN

Filing # 39486243 E-Filed 03/25/2016 05:08:40 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FL

CIVIL DIVISION

JOHN MASSAD

     Plaintiff,

vs.

CASE NO.:

JEAN YOUSRI MASSAD, and
UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY,

     Defendants.

_____/

## VERIFIED COMPLAINT TO QUIET TITLE

**COMES NOW**, Plaintiff, JOHN MASSAD, by and through the undersigned counsel, and

bring this action to quiet title to real property against the Defendants, JEAN YOUSRI MASSAD

("Defendant"), and any unknown heirs, devisees, grantees, creditors, and other unknown persons or

unknown spouses claiming by, through, and/or under Jean Yousri Massad, and the United States of

America Department of Treasury ("IRS"), and in support of his claims for affirmative relief,

Plaintiff alleges the following:

     1.    This is an action to quiet title to real property located in Broward County, Florida

pursuant to Florida Statutes §65.021.

     2.    Plaintiff, John Massad, is an individual, *sui juris*, and a resident of Broward County,

Florida.

     3.    Defendant is an individual subject to the jurisdiction of this Court by virtue of

Defendant's purported claim of title to real property located in Broward County, Florida.

     4.    IRS is subject to the jurisdiction of this Court by virtue of its purported lien against

real property located in Broward County, Florida.

5.     On May 10, 1994, a warranty deed dated April 8, 1994 was recorded in Official

Records Book 22116 at Page 949 of the Public Records of Broward County, Florida (the "True

Deed"). The True Deed shows that Plaintiff, as a single man, purchased the real property located at

319 Layne Boulevard, Hallandale Beach, Florida 33009 (hereinafter the "Property"), being more

particularly described as follows:

> **Lot 4, Block 9, GOLDEN ISLES SECTION B, according to the Plat thereof as
> recorded in Plat Book 45, Page 30, Public Records of Broward County,
> Florida.**
>
> **Parcel Identification Number: 5142 26 05 1180**

A copy of the True Deed, through which Plaintiff acquired ownership of the Property, is attached

hereto as Exhibit "A".

6.     The True Deed was executed pursuant to an arm's length, bona fide transaction for

the purchase and sale of the Property and included the payment of appropriate documentary stamp

taxes.

7.     Plaintiff, as an individual, has held sole ownership of the Property continuously and

uninterruptedly from the time of his purchase pursuant to the True Deed on April 8, 1994 through

the present, and Plaintiff occupies the Property as his primary residence.

8.     On March 13, 2003, a quit claim deed dated February 6, 2003 was recorded in

Official Records Book 34739 at Page 216 of the Public Records of Broward County, Florida (the

"Wild Deed"). A copy of the Wild Deed is attached hereto as Exhibit "B".

9.     The Wild Deed purports to transfer title of the Property from Plaintiff to Defendant

and Plaintiff as joint tenants with right of survivorship; however, Plaintiff never executed the Wild

Deed, never made an agreement to transfer title to the Property to Defendant, and never received

2

consideration in exchange for the Wild Deed. The Wild Deed was prepared by the Defendant, who was also named as the grantee therein, and only the minimum of seventy ($0.70) cents in documentary stamp taxes was paid in connection with the Wild Deed. Plaintiff's affidavit confirming these facts is incorporated herein and attached hereto as Exhibit "C".

10.     As a result of the Wild Deed, the chain of title is flawed and any unknown existing mortgage, deed, and/or encumbering instrument filed for record under the Wild Deed are unlawful clouds on title and therefore void.

11.     The Wild Deed falsely identifies Defendant, who signed the Wild Deed, as the grantor, as the name "JEAN YOUSRI MASSAD A/K/A JOHN MASSAD (Father)". As a result, federal tax liens against Jean Yousri Massad (misspelled therein as "Jean Youssi Massad"), which are recorded as Instrument Number 113330592 and Instrument Number 113343191 of the Public Records of Broward County, Florida (the "Federal Tax Liens") have attached to the Property.

12.     The Federal Tax Liens appear to have been prepared and signed by the same individual and bear the same serial number, but were signed and recorded on different dates. The Federal Tax Liens are attached hereto as Composite Exhibit "D".

13.     The rights, title, and interest in and to the Property claimed by or believed to be held by Defendant and IRS, and/or any party claiming by, through, or under Defendant or IRS, are clouds on title subordinate to and in derogation of Plaintiff's rights due to the fact that Defendant never acquired good and legal title to the Property.

WHEREFORE, Plaintiff, JOHN MASSAD, requests that this Court take jurisdiction of the case and the parties hereto, enter judgment against Defendants, JEAN YOUSRI MASSAD and UNITED STATES OF AMERICA DEPARTMENT OF TREASURY, and any party claiming an

3

interest by, through, or under the above defendants, quieting title to the Property and extinguishing

any and all liens, rights and/or interests which said Defendants may claim in and to the Property,

plus enter an order awarding Plaintiff title to the Property free and clear of the cloud caused by the

Wild Deed and the Federal Tax Liens, and any other relief deemed just and proper by the Court.

Respectfully submitted,

ERIC P. STEIN, P.A.
Attorneys for Plaintiff
1820 N.E. 163rd Street, Suite 100
North Miami Beach, Florida 33162
TEL: (786) 248-1000
FAX: (786) 248-1004
DocService@epslaw.com

By:    ERIC P. STEIN, ESQ.
       FBN: 38301
       ADAM BROOKLAND, ESQ.
       FBN: 105761

4

## VERIFICATION

"Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief."

JOHN MASSAD

5



94-230746 T9801
05-10-94 01842M

Seller's S.S. #
Buyer's S.S. #     $ 1860.00
DOCU: STAMPS-DEED

RECVD. BROWARD CTY
B. JACK OSTERHOLT

COUNTY ADMIN.

Return to:
Name:      STEPHEN A. LONGO, ESQ.
Address:   4747 Hollywood Blvd.
           Hollywood, Florida 33021

This Instrument Prepared by:
STEPHEN A. LONGO, ESQ.
4747 Hollywood Boulevard, Suite 183
Hollywood, FL 33021

## WARRANTY DEED

INDENTURE, made this 8ᵗʰ day of April, 1994, by GEORGETTE WADIE ABDALLAH GALLAD, a single woman, 319 Layne Boulevard, Hallendale, Broward County, State of Florida 33009, GRANTOR, and JOHN MASSAD, a single man, 319 Layne Boulevard, Hallendale, of Broward County, State of Florida, GRANTEE,

WITNESSETH, That said grantor, for and in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the Grantee and Grantee's heirs and assigns forever the following described land located in the County of Broward, State of Florida, to-wit:

    Lot 4, Block 9, GOLDEN ISLES SECTION B,
    according to the Plat thereof, recorded in
    Plat Book 45, Page 30, Public Records of
    Broward County, Florida.

SUBJECT TO taxes for the year 1994, and subsequent years; conditions, restrictions, easements, reservations and limitations of record, if any, and zoning ordinances affecting said property.

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claim of all persons whomsoever.

"Grantor" and "Grantee" are used for singular or plural as context requires.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered
in the presence of:

_____
(Please print or type name)

JANE MATTHIESEN
(Please print or type name)

_____ L.S.
GEORGETTE WADIE ABDALLAH GALLAD,
a single woman

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this ___ day of April, 1994 by GEORGETTE WADIE ABDALLAH GALLAD, who is personally known to me and who has produced _____ as identification and who did take an oath.

_____
Signature of Notary

Printed Name of Notary
NOTARY PUBLIC, STATE OF FLORIDA
My Commission Expires:

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR

# EXHIBIT "A"

CFN # 102722842, OR BK 34739  Page 216, Page  1 of 1, Recorded 03/13/2003 at
08:34 AM, Broward County Commission, Doc. D  $0.70 Deputy Clerk 3120

02/05/2003  18:13   9543853644           ROSS MANELLA Pa              PAGE  01/02

This Instrument Prepared By and Return To:
Ross Manella, Esq.
MANELLA & KLAPHOLZ   3808
2237 W. Commerce Parkway, Suite 3
Weston, Florida 33326

Folio No:11226-05-11800

## QUIT-CLAIM DEED

THIS QUIT-CLAIM DEED, Executed this ____6____ day of February,
2003, by JEAN YOUSRI MASSAD a/k/a JOHN MASSAD(Father),a single man
whose address is 319 Layne Blvd., Hallandale, Florida 33009,
Grantor* to JEAN YOUSRI MASSAD, a single man (Father) and JOHN
MASSAD, a single man (Son), AS JOINT TENANTS WITH RIGHT OF
SURVIVORSHIP AND NOT AS TENANTS IN COMMON, whose post office
address is 319 Layne Blvd., Hallandale, FL 33009, Grantee

WITNESSETH: That the said Grantor, for and in consideration of the sum of $
10.00 in hand paid by the said Grantee, the receipt whereof is hereby
acknowledged, does hereby remise, release and quit-claim unto the said Grantee
forever, all the right, title , interest, claim and demand which the said Grantor
has in and to the following described lot, piece or parcel of land, situate,
lying and being in the County of BROWARD, State of Florida to-wit:

Lot 4, Block 9, GOLDEN ISLES SECTION B, according to the
Plat thereof, recorded in Plat Book 45, at Page 30 of the
Public Records of Broward County, Florida.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances
thereunto belonging or in anywise appertaining, and all the estate, right, title,
interest, lien, equity and claim whatsoever of the said Grantor, either in law
or equity, benefit and behoof of the said Grantee forever.

*"Grantor" and "Grantee" are used for singular or plural, as context requires.

IN WITNESS WHEREOF, Grantor hereunto set Grantor's hand and seal
the day and year first above written.

Signed, sealed and delivered
in the presence of:

Print Name: _____ Joseph Klapholz _____          JEAN YOUSRI MASSAD
                                                        a/k/a JOHN MASSAD

Print Name: Daniella M. Lavafue
              DANIELLA M. LAVAFUE

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this ____6____
day of February, 2003 by JEAN YOUSRI MASSAD (Father), who (is)
personally     known     to     me     or     who     has     produced
_____ as identification.

My Commission Expires:                                  _____
                                                        Notary Public
                                                        Print Name:_____
                                                        Commission Number:_____

JOSEPH P. KLAPHOLZ
MY COMMISSION # DD 042790
EXPIRES: August 15, 2005
Bonded Thru Notary Public Underwriters

# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FL

CIVIL DIVISION
CASE NO.:

JOHN MASSAD
     Plaintiff,

vs.

JEAN YOUSRI MASSAD, and
UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY,
     Defendants.

_____/

### AFFIDAVIT OF PLAINTIFF, JOHN MASSAD, IN SUPPORT OF PLAINTIFF'S VERIFIED COMPLAINT TO QUIET TITLE

STATE OF FLORIDA        )
COUNTY OF MIAMI-DADE   )

    **BEFORE ME**, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared JOHN MASSAD, who after being duly sworn, deposes and says:

    1.    My name is John Massad. I am the owner of the real property located at 319 Layne Boulevard, Hallandale Beach, Florida 33009 (the "Property").

    2.    I purchased the property on April 8, 1994 from Georgette Wadih Abdallah Gallad through a warranty deed recorded on May 10, 1994 in Official Records Book 24424 at Page 1555 of the Public Records of Miami-Dade County, Florida.

    3.    I have held sole ownership of the Property continuously and uninterruptedly since April 8, 1994.

    4.    On March 13, 2003, a quit claim deed purporting to transfer ownership from myself to Jean Yousri Massad and John Massad as joint tenants with right of survivorship was recorded in Official Records Book 34739 at Page 216 of the Public Records of Broward County, Florida (the

## EXHIBIT "C"

"Wild Deed").

5.      I never prepared or signed the Wild Deed.  I never made any agreement with Defendant to transfer title of the Property and I never received any consideration in exchange for the Wild Deed.

6.      The Wild Deed was purportedly made by "Jean Yousri Massad a/k/a John Massad". I have never gone by the name Jean Yousri Massad or used that name for any purpose.  Jean Yousri Massad is my father, but I never authorized him to use my name as his own, and I never agreed to transfer ownership of the Property to him in any manner.

7.      I have no personal knowledge of the basis for the imposition of the Federal Tax Liens, as identified in my Verified Complaint.  I am not a nominee or a holder of any beneficial interest for Jean Youssi Massad or Jean Yousri Massad.  The Federal Tax Liens do not apply to me, as I am not the taxpayer named in the Federal Tax Liens.

8.      This affidavit is being made from personal knowledge and in support of my Verified Complaint to Quiet Title.

9.      I am familiar with the nature of an oath and with the penalties as provided by the laws of the United States and the State of Florida for falsely swearing to statements made in an instrument of this nature. I certify that I have read the facts stated in this affidavit, understand its context, and confirm the veracity of the statements herein.


*[The remainder of this page is intentionally left blank; signature and notary page to follow.]*


2

**Under penalties of perjury,** I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

By: _____
John Massad, Affiant

STATE OF FLORIDA
COUNTY OF MIAMI-DADE
The foregoing instrument was sworn to and subscribed before me this 23rd day of March, 2016 by JOHN MASSAD who is [   ] personally known to me or [ X ] has produced a Florida driver's license as identification and who did take an oath.

_____
Notary Public State of Florida

My Commission Expires:

AMANDA BENDER
MY COMMISSION # FF 973141
EXPIRES: March 21, 2020
Bonded Thru Budget Notary Services

3

INSTR # 113330592 Page 1 of 2, Recorded 11/05/2015 at 09:28 AM
Broward County Commission, Deputy Clerk 1032

| Form 668(Y) (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Small Business / Self Employed - Area: 5 | Serial Number 98-MCA-16590 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
JOHN M. MASSAD, as nominee or holder of a beneficial interest for
JEAN YOUSSI MASSAD

**Residence**
319 LAYNE BLVD
HALLANDALE BEACH, FL 33009

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| T1 | 12/31/2007 | | 05/18/2015 | 08/30/2022 | $30,954.21 |
| T1 | 12/31/2008 | | 05/18/2015 | 08/30/2022 | $50,139.76 |
| T1 | 12/31/2009 | | 05/18/2015 | 08/30/2022 | $77,894.09 |
| T1 | 12/31/2010 | | 05/18/2015 | 05/30/2022 | $185.88 |

THIS AMOUNT IS DUE, OWING, AND UNPAID TO THE
GOVERNMENT OF CANADA, AND IS BEING COLLECTED ON
BEHALF OF CANADA IN ACCORDANCE WITH ARTICLE XXVIA OF
THE USA-CANADA INCOME TAX CONVENTION AND APPLICABLE
INTERNAL REVENUE LAWS OF THE UNITED STATES OF AMERICA.
PAYMENTS SHOULD BE MADE PAYABLE TO THE RECEIVER
GENERAL OF CANADA, NOT THE IRS, BUT SHOULD BE MAILED TO
THE ADDRESS CONTAINED HEREIN. THE IRS COORDINATOR
WILL FORWARD THE PAYMENT TO OTTAWA.

THIS IS A SPECIFIC LIEN ATTACHING ONLY TO THE PROPERTY DESCRIBED BELOW. PHYSICAL ADDRESS:
319 LAYNE BLVD, HALLANDALE BEACH, FL 33009. SEE ATTACHMENT
This special condition Notice of Federal Tax Lien attaches to the property described in the attachment

| Place of Filing BROWARD COUNTY HALLANDALE BEACH, FLORIDA | Total | $159,173.94 |
|---|---|---|

This notice was prepared and signed at HALLANDALE BEACH, FLORIDA, on this, the 15th day of July, 2015.

| Signature _[signature]_ P. WOODBURN, Employee # - 1001234783 | Title REVENUE OFFICER, Phone # - (202)803-9958 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office                                    Form 668(Y) (Rev. 10-1999)

**EXHIBIT "D"**

INSTR # 113330592   Page  2 of 2, End of Document

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated  07/15/2015, numbered  98-MCA-16590, for JOHN M. MASSAD, as Nominee of JEAN YOUSSI MASSAD.

Description of Property:
THIS AMOUNT IS DUE, OWING, AND UNPAID TO THE GOVERNMENT OF CANADA, AND IS BEING COLLECTED ON BEHALF OF CANADA IN ACCORDANCE WITH ARTICLE XXVIA OF THE USA-CANADA INCOME TAX CONVENTION AND APPLICABLE INTERNAL REVENUE LAWS OF THE UNITED STATES OF AMERICA. PAYMENTS SHOULD BE MADE PAYABLE TO THE RECEIVER GENERAL OF CANADA, NOT THE IRS, BUT SHOULD BE MAILED TO THE ADDRESS CONTAINED HEREIN. THE IRS COORDINATOR WILL FORWARD THE PAYMENT TO OTTAWA.

THIS IS A SPECIFIC LIEN ATTACHING ONLY TO THE PROPERTY DESCRIBED BELOW. PHYSICAL ADDRESS: 319 LAYNE BLVD, HALLANDALE BEACH, FL 33009.

THE INTERNAL REVENUE SERVICE CONSIDERS JEAN YOUSSI MASSAD TO BE A BENEFICIAL OWNER OF THE PROPERTY EVEN THOUGH TITLE IS CURRENTLY HELD IN THE NAME OF JOHN M. MASSAD.

INSTR # 113343191 Page 1 of 1, Recorded 11/12/2015 at 01:41 PM
Broward County Commission, Deputy Clerk 2150

| Form 668(Y)<br>(Rev. 10-1999) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|
| Small Business / Self Employed - Area: 5 | Serial Number<br>98-MCA-16590 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
JEAN YOUSSI MASSAD

**Residence**
319 LAYNE BLVD
HALLANDALE BEACH, FL 33009

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| T1 | 12/31/2007 | | 05/18/2015 | 08/30/2022 | $30,954.21 |
| T1 | 12/31/2008 | | 05/18/2015 | 08/30/2022 | $50,139.76 |
| T1 | 12/31/2009 | | 05/18/2015 | 08/30/2022 | $77,894.09 |
| T1 | 12/31/2010 | | 05/18/2015 | 05/30/2022 | $185.88 |

THIS AMOUNT IS DUE, OWING, AND UNPAID TO THE GOVERNMENT OF CANADA, AND IS BEING COLLECTED ON BEHALF OF CANADA IN ACCORDANCE WITH ARTICLE XXVIA OF THE USA-CANADA INCOME TAX CONVENTION AND APPLICABLE INTERNAL REVENUE LAWS OF THE UNITED STATES OF AMERICA. PAYMENTS SHOULD BE MADE PAYABLE TO THE RECEIVER GENERAL OF CANADA, NOT THE IRS, BUT SHOULD BE MAILED TO THE ADDRESS CONTAINED HEREIN. THE IRS COORDINATOR WILL FORWARD THE PAYMENT TO OTTAWA.

| Place of Filing<br>BROWARD COUNTY<br>HALLANDALE BEACH, FLORIDA | | Total | $159,173.94 |
|---|---|---|---|

This notice was prepared and signed at HALLANDALE BEACH, FLORIDA, on this, the 12th day of November, 2015.

| Signature<br>*Michael Holmen*<br>P. WOODBURN, Employee # - 1001234783 | Title<br>REVENUE OFFICER, Phone # - (202)803-8958 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office    Form 668(Y) (Rev. 10-1999)